1  DYLAN W. WISEMAN, Bar No. 173669
BARBARA A. BLACKBURN, Bar No. 253731
2  LITTLER MENDELSON
A Professional Corporation
3  500 Capitol Mall, Suite 2000
Sacramento, CA 95814-4737
4  Telephone: 916.830.7200
Fax No.: 916.561.0828
5  bblackburn@littler.com
Attorneys for Defendants
6  CUSA ES, LLC AND CUSA CSS, LLC

**FILED**

MAR 14 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEAH COOK,<br><br>Plaintiff,<br><br>v.<br><br>UNION PACIFIC RAILROAD COMPANY; CUSA ES, LLC; CUSA CSS, LLC; and DOES 1-50,<br><br>Defendants. | Case No. 2:10-CV-03091-JAM-CKD<br><br>**NOTICE OF SETTLEMENT**<br><br>Complaint Filed in Sacramento County Superior Court: September 24, 2010 |

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
500 Capitol Mall
Suite 2000
Sacramento, CA 95814
916.830.7200

Firmwide:103339710.1 046923.1051

NOTICE OF SETTLEMENT

1     Pursuant to Eastern District Local Rule 160, Defendants CUSA ES, LLC and CUSA CSS, LLC ("Defendants") wish to inform the Court that the parties have reached an agreement to settle the above-entitled matter and ask that all current dates be taken off calendar. Moreover, the Defendants request that the court order that documents disposing of the action be filed not more than twenty-one (21) days from the date of this notice.

Dated: August 22, 2011

/s/ *Dylan W. Wiseman*
Dylan W. Wiseman
Barbara L. Blackburn
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendants
CUSA ES, LLC AND CUSA CSS, LLC

### ORDER

The Court acknowledges receipt of Notice of Settlement and, pursuant to Local Rule 160(b), hereby orders that Plaintiff file documents disposing of this action within twenty-one (21) days of this notice, unless good cause is shown.

Dated: 3-14-2012

UNITED STATES DISTRICT COURT

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
500 Capitol Mall
Suite 2000
Sacramento, CA 95814
916.830.7200

Firmwide:103339710.1 046923.1051

NOTICE OF SETTLEMENT